IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SURESH THANDA, individually; KUNDAVI THANDA, individually; and KOUMUDI THANDA, individually;<br><br>Plaintiffs,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:23-cv-1433<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)** |

TO:        The Clerk of the Court

AND TO:    Plaintiffs' Counsel of Record

**NOTICE IS HEREBY GIVEN** that on this day, The Standard Fire Insurance Company (Standard Fire), hereby removes to this Court the state-court action described below:

### I.        THE SUBJECT ACTION

1. On August 28, 2023, Plaintiffs Suresh Thanda, Kundavi Thanda, and Koumudi Thanda filed an action in the Superior Court of the State of Washington in and for the County of King, which was assigned Case No. 23-2-16225-1 SEA. Plaintiffs served the Summons and Complaint on the Office of the Insurance Commissioner (OIC) on August 31, 2023. A true and correct copy of the Complaint is attached as **Exhibit A.** A true and correct copy of the proof of

NOTICE OF REMOVAL OF CIVIL ACTION UNDER
28 U.S.C. § 1441(a)   – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

service on the OIC is attached as **Exhibit B.**

## II. DIVERSITY OF CITIZENSHIP

2. Plaintiffs are residents of King County, Washington. **Exhibit A** at ¶ 3.1.

3. Standard Fire is a foreign insurance company organized under the laws of the State of Connecticut with a principal place of business in the State of Connecticut

## III. AMOUNT IN CONTROVERSY

4. Plaintiffs' Complaint references an August 18, 2021 settlement letter sent to Standard Fire, demanding the UIM Policy limits of $100,000/$300,000. **Ex. A** at ¶ 5.5.

5. This letter further alleges medical special damages of over $115,000.

6. Plaintiffs seek damages for breach of contract and bad faith, as well as treble damages under the Insurance Fair Conduct Act, and up to $25,000 in damages under the Consumer Protection Act.

7. Based on the damages set forth above, and Plaintiffs' own demands, the amount in controversy in this matter is in excess of the $75,000 jurisdictional requirement.

## IV. JURISDICTION

8. For purposes of determining jurisdiction under 28 U.S.C. § 1332, Standard Fire is a citizen of Connecticut. Plaintiffs are citizens of Washington. **Ex. A** at ¶ 3.1. As such, diversity is complete.

9. The amount in controversy exceeds $75,000, excluding interest and costs.

10. This Court, therefore, has jurisdiction over this controversy under 28 U.S.C § 1332 and 28 U.S.C § 1441.

## V. TIMELINESS

11. Plaintiffs filed the Complaint on August 28, 2023. Plaintiffs served the Summons

NOTICE OF REMOVAL OF CIVIL ACTION UNDER
28 U.S.C. § 1441(a) – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

and Complaint on the Office of Insurance Commissioner (OIC) on August 31, 2023. **Exhibits A and B.** This Notice of Removal, filed September X, 2023, is timely under 28 U.S.C § 1446.

### VI. COPIES OF PROCESS, PLEADINGS, ORDERS, AND MOTIONS IN STATE COURT PROCEEDINGS

12. In accordance with 28 U.S.C. § 1446, **Exhibits 1** through **Exhibit 5** are true and correct copies of all process, pleadings, and orders served upon Standard Fire in the action before the Superior Court of King County in the State of Washington. These documents are:

1. Complaint
2. Case Information Cover Sheet
3. Order Setting Case Schedule
4. Summons
5. Notice of Appearance

DATED this 12th day of September, 2023.

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ Ellen McGraw*
Ellen McGraw, WSBA #60240
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
tlether@letherlaw.com
emcgraw@letherlaw.com
*Counsel for The Standard Fire Insurance Company*

NOTICE OF REMOVAL OF CIVIL ACTION UNDER
28 U.S.C. § 1441(a)   – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Scott Blair
Cassidy Spencer
Brain Injury Law of Seattle, Inc.
437 5th Ave S., STE 103
Edmonds, WA 98020
(425) 307-6001
scott@braininjurylawofseattle.com
cassidy@braininjurylawofseattle.com
    cc: jacob@braininjurylawofseattle.com
         catherine@braininjurylawofseattle.com
         gayline@braininjurylawofseattle.com
*Counsel for Plaintiffs*

**By:**      [ ] First Class Mail         [X] Email/ECF         [ ] Legal Messenger

DATED this 12th day of September 2023 at Seattle, Washington.

*s/ Jessica Bowman*
Jessica Bowman | Paralegal

NOTICE OF REMOVAL OF CIVIL ACTION UNDER
28 U.S.C. § 1441(a)   – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544